An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCIA M. BERGENFIELD, AN INDIVIDUAL,
Appellant,
vs.
BANK OF AMERICA, N.A.,
Respondent.

No. 67665

FILED

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting a petition for judicial review in a Foreclosure Mediation Program (FMP) matter. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

NRS 107.086(6) authorizes the imposition of sanctions against a deed of trust beneficiary or a deed of trust beneficiary's representative. In resolving appellant's previous appeal, this court determined that respondent had failed to establish at the time of the mediation that respondent was either the deed of trust beneficiary or the deed of trust beneficiary's representative. The district court therefore correctly

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34640

concluded on remand that it was not statutorily authorized to impose sanctions on respondent. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:   Hon. Kathleen E. Delaney, District Judge
      Lansford W. Levitt, Settlement Judge
      Hafter Law
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

_____

[1]We have considered appellant's arguments relating to the district court's February 24, 2015, order denying appellant's motion for reconsideration and conclude that those arguments do not warrant reversal in this matter.